# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ALEJANDRO COSTILLA,** | § | |
| **TDCJ-CID No. 873142** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION No. 2:16-CV-57** |
| | § | |
| **KEN PUTNAM, et al.** | § | **JURY** |
| **Defendants.** | § | |

---

### Defendants Putnam, Crouch, and Salazar's Answer and Jury Demand

---

Defendants Ken Putnam, John Crouch, and Juan Salazar file their answer, denying the Plaintiff's allegations. Pursuant to Rule 8(b), Federal Rules of Civil Procedure, Defendants Putnam, Crouch, and Salazar deny each and every allegation contained in Plaintiff's Complaint. Defendants assert their entitlement to qualified, official, sovereign, and Eleventh Amendment immunity as they apply. Defendants also assert the affirmative defenses of statute of limitations and res judicata/collateral estoppel.

Defendants ask the Court to deny Plaintiff any and all relief demanded in his complaint and that they recover their costs including reasonable attorney's fees and such other relief as to which the Court deems they are entitled.

Defendants state the failure to fully and timely exhaust administrative remedies is a bar to a plaintiff filing suit in the federal court pursuant to 42 U.S.C. section 1997e(e).

Defendants demand a trial by jury.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/Briana M. Webb*
**BRIANA M. WEBB**
Assistant Attorney General
State Bar No. 24077883
Briana.Webb@texasattorneygeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Office (512) 463-2080
Fax (512) 936-2109

**Attorneys for Defendants Putnam, Crouch, and Salazar**

<u>**NOTICE OF ELECTRONIC FILING**</u>

I, **BRIANA M. WEBB**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above **Defendants Putnam, Crouch, and Salazar's Answer and Jury Demand** in accordance with the Electronic Case Files System of the Southern District of Texas on August 15, 2016.

*/s/Briana M. Webb*
**BRIANA M. WEBB**
Assistant Attorney General

<u>**CERTIFICATE OF SERVICE**</u>

I, **BRIANA M. WEBB**, Assistant Attorney General of Texas, certifies that a true copy of the

above **Defendants Putnam, Crouch, and Salazar's Answer and Jury Demand** has been served

by placing it in United States Mail, postage prepaid, on August 15, 2016, addressed to:

**Alejandro Costilla**
TDCJ #1622276
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102
*Plaintiff Pro Se*

> /s/ *Briana M. Webb*
> **BRIANA M. WEBB**
> Assistant Attorney General