IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALEJANDRO COSTILLA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-57 |
| | § | |
| KEN PUTNAM JR., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has before it Defendants Ken Putnam, Jr., John Crouch, and Juan Salazar, Jr.'s ("Moving Defendants") motion for summary judgment (Dkt. No. 22) and the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. § 636 (Dkt. No. 25). The time to file objections has passed, and no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections); *see also* M&R, Dkt. No. 25 at 27 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the Magistrate Judge's M&R (Dkt. No. 25), **GRANTS** Moving Defendants' motion for summary judgment (Dkt. No. 22), **DISMISSES** Plaintiff's claims for declaratory and injunctive relief against Moving Defendants and Warden Barber in their official capacities, and **DISMISSES WITH PREJUDICE** Plaintiff's Eighth-Amendment claims against Moving Defendants in their individual capacities. The Court recommits this case to the Magistrate Judge for further proceedings consistent with this order.

SIGNED this 19th day of January, 2018.

_____
Hilda Tagle
Senior United States District Judge