IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALEJANDRO COSTILLA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-57 |
| | § | |
| KEN PUTNAM JR., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER AND FINAL JUDGMENT

Before the Court is the January 25, 2018, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 32), recommending that the Court enter Final Judgment in the above-captioned case. The time to file objections to the M&R has passed, and no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections); FED. R. CIV. P. 72 (same); *see also* Dkt. No. 32 at 5 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the January 25, 2018, M&R (Dkt. No. 32) and **ORDERS** the entry of Final Judgment in the above-captioned case. The Court **DIRECTS** the Clerk of Court to close the case.

SIGNED this 12th day of February, 2018.

_____
Hilda Tagle
Senior United States District Judge